

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00283-CV

CYNTHIA HOLLAND, Appellant

V.

MEMORIAL HERMANN HEALTH SYSTEM, Appellee

Appeal from the 165th District Court of Harris County.   (Tr. Ct. No. 2013-17174).

This case is an appeal from the final judgment signed by the trial court on February 3, 2014.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment.   Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.

The Court orders that the appellee, Memorial Hermann Health System, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 24, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Jennings.